# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| Vs. | (Incarceration / Probation) |
| **MARQUIS WILCON** | Case No. **2014 CF3 014085** |
| DOB:10/03/1975 | PDID No. **684482** |
| | DCDC No. |

**THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:**

| Count | Court Finding | Charge |
|---|---|---|
| 1 | Found Guilty - Plea | Assault with Significant Bodily Injury |

## SENTENCE OF THE COURT

**Count 1 Assault with Significant Bodily Injury** Sentenced to 18 month(s) incarceration, execution of sentence suspended as to all but **12 month(s) and (1) DAY**, 1 day(s) Supervised Release SUSPENDED, *Supervised Probation for 18 month(s), $100.00 VVCA, VVCA Due Date 05/19/2016.

Defendant to receive credit for time served.

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of **12 MONTHS AND 1 DAY**. MANDATORY MINIMUM term of **N/A** applies.

The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:
N/A

Defendant is hereby ordered placed on probation - See Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 300 Indiana Avenue, NW, **Room 2070**, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ **100.00** have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal rights given ☐ Gun Offender Registry Order Issued
☑ Advised of right to file a Motion to Suspend Child Support Order ☐ Sex Offender Registration Notice Given
☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition ☐ Voluntary Surrender
☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

11/19/14
Date

MICHAEL RYAN
Judge

Certification by Clerk pursuant to Criminal Rule 32(d)

11/19/14
Date

Janelle Neumann
Deputy Clerk

Received by DUSM: _____  Badge#: 437  Signature: _____  Date: 11/19/14  Time: 1120
Printed Name

CASE NUMBER:   2014 CF3 014085
DEFENDANT:     MARQUIS WILCON



The Defendant is hereby placed on *Supervised Probation for a term of 18 month(s).

## GENERAL CONDITIONS OF PROBATION

1. Obey all laws, ordinances, and regulations.
2. Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).
3. Permit your CSO to visit your place of residence.
4. Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. Obtain the permission of your CSO before you relocate from the District of Columbia.
6. Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication). You must not frequent a place where you know a controlled substance is illegally used or distributed.
7. You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.
8. Participate in and complete CSOSA's employment/academic program, if directed by your CSO.
9. Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.
10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO. A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1. Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.
2. Restitution of $ _____n/a_____ in monthly installments of $ _____ beginning _____
   ☐ The Court will distribute monies to: _____

3. ☐ You are to stay away from the person(s) and or address(es) listed below: _____

   ☐ You are to stay away from the following places or area(s): _____

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

   4. **Other Special Conditions**: Seek Medical, Psychological/Psychiatric Treatment Maintain Mental Health Services including ACT TEAM

CDJCSPLIT.doc

|  | D.C. Superior Court | Register No: 55951-007 |
|---|---|---|
| [x] | **JAIL CREDIT FORM** | Docket No.: 2:2014 CF3 014085 |
|  |  | Name: WILCON |
|  |  | Date Sentenced: 11/19/2014 |
|  |  | Arrest Date: 08/12/2014 |
|  |  | PDID: 684482 |

| NAME: MARQUIS WILCON | DOB: 10/03/1975 |
|---|---|
| (AND AKA): | DCDC: 345244 |
| CREATED DATE: 11/21/2014 3:38:01 PM | PDID: 684482 |
| EDIT DATE: 11/21/2014 8:37:38 PM | SSN: 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 |

### JAIL CREDITS

| Credits | Case Number | Date Of Sentence | From | To |
|---|---|---|---|---|
| Yes | 2:2014 CF3 014085 | 11/19/2014 | 08/12/2014 | 11/18/2014 |

[✓] All misdemeanor sentences have been checked by: ___Michelle Waddy___

PREPARED BY: ___Michelle Waddy___

[ ] REVIEWED BY: ___Alberta Lee___    DATE REVIEWED: 11/21/2014 8:37:15 PM

\* JAIL CREDIT OBTAINED FROM INFORMATION IN JACCS COMPUTER SYSTEM            FOIA EXEMPT

```
 RCHD2              *     PUBLIC INFORMATION    *      07-14-2015
PAGE 001            *       INMATE DATA         *       14:57:16
                         AS OF 07-14-2015

REGNO..: 55951-007 NAME: WILCON, MARQUIS

                   RESP OF: RCH
                   PHONE..: 507-287-0674    FAX: 507-424-7600
                                            RACE/SEX...: BLACK / MALE
                                            AGE:  39
PROJ REL MT: EXPIRATION OF SPLIT SENTENCE   PAR ELIG DT: NOT ELIGIB
PROJ REL DT: 07-23-2015                     PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
 RCHD2              *    PUBLIC INFORMATION    *    07-14-2015
PAGE 002            *       INMATE DATA        *    14:57:16
                         AS OF 07-14-2015


REGNO..: 55951-007 NAME: WILCON, MARQUIS

                 RESP OF: RCH
                 PHONE..: 507-287-0674   FAX: 507-424-7600
HOME DETENTION ELIGIBILITY DATE: 06-18-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-23-2015 VIA EXP SPLIT

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2014 CF3 014085
JUDGE...........................: RYAN
DATE SENTENCED/PROBATION IMPOSED: 11-19-2014
DATE COMMITTED..................: 12-09-2014
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: YES
PROBATION IMPOSED REMARKS.......: 18 MOS

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $00.00         $00.00          $00.00        $100.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  602
OFF/CHG: 22-404(A)(2):ASSAULT WITH SIGNIFICANT BODILY INJURY.

 SENTENCE PROCEDURE.............: DC SRAA SPLIT SENTENCE
 ORIGINAL 3651 SENTENCE.........:    18 MONTHS
 SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS     1 DAYS
 DATE OF OFFENSE................: 08-12-2014




G0002        MORE PAGES TO FOLLOW . . .
```

```
RCHD2              *      PUBLIC INFORMATION       *      07-14-2015
PAGE 003 OF 003 *           INMATE DATA            *      14:57:16
                          AS OF 07-14-2015


REGNO..: 55951-007 NAME: WILCON, MARQUIS

                    RESP OF: RCH
                    PHONE..: 507-287-0674   FAX: 507-424-7600
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-16-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-01-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-19-2014
TOTAL TERM IN EFFECT............:     12 MONTHS     1 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      1 YEARS      1 DAYS
EARLIEST DATE OF OFFENSE........: 08-12-2014

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     08-12-2014   11-18-2014

TOTAL PRIOR CREDIT TIME.........: 99
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 20
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 07-23-2015
EXPIRATION FULL TERM DATE.......: 08-12-2015
TIME SERVED.....................:     11 MONTHS     3 DAYS
PERCENTAGE OF FULL TERM SERVED..:  92.0

PROJECTED SATISFACTION DATE.....: 07-23-2015
PROJECTED SATISFACTION METHOD...: EXP SPLIT






S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```